# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LUCHAUNCEY WILLIAMS, | * |
| Plaintiff, | * |
| vs. | * No. 4:17-cv-00332-SWW |
| VERIZON WIRELESS, | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is DISMISSED.

IT IS SO ORDERED THIS 2nd DAY OF JUNE, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE